.Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claim of ARNOLD SCOTTO, Respondent, against WM. SPENCER & SON CORPORATION, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claim of OLAF MYHRE, Appellant. EDWARD CORSI, as Industrial Commissioner, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claim of MARIE LOCURTO, Respondent. EDWARD CORSI, as Industrial Commissioner, Appellant.—

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.